IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MILLARD J. NEELY, ID # 07003134,<br>　　　Plaintiff,<br>vs.<br><br>KIRAN KHURANA,[1] et al.,<br>　　　Defendants. | No. 3:07-CV-1344-D |

**ORDER ADOPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, SPECIFYING ACTION TO BE TAKEN BY THE CLERK, AND ORDERING SERVICE OF PROCESS**

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court. Accordingly,

The Clerk of Court is directed to issue summons to Dr. Kiran Khurana at the address listed on Attachment A hereto, and shall deliver the summons and a copy of the complaint and answers to the questionnaires filed in this action to the United States Marshal. **Attachment A must be filed under SEAL. The return of service must have defendant's address redacted prior to scanning.**

The Clerk of the Court must mail a copy of this order to plaintiff without Attachment A.

Pursuant to Fed. R. Civ. P. 4(c)(2), the United States Marshal must, within 30 days of the date of this order,[2] effect service on Dr. Khurana in accordance with Fed. R. Civ. P. 4 and file proof of service in accordance with Fed. R. Civ. P. 4(l).

**SIGNED April 7, 2008.**

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SIDNEY A. FITZWATER
　　　　　　　　　　　　　　　　　　　CHIEF JUDGE

---

[1] By this order, the court directs the Clerk of Court to correct the style of the case to reflect the correct name of Dr. Kiran Khurana.

[2] To the extent necessary, the court on its own initiative extends the time limit for service contemplated by Fed. R. Civ. P. 4(m) by this order.